```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-30-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY PRATT,

                  Plaintiff,

    - against -

C.O. ANTOINE, et al.,

                  Defendants.

**ORDER**

06 Civ. 3573 (RJS) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

By letter dated January 23, 2009, Defendants indicate their objections to Pratt's request for documents relating to two class action lawsuits. Specifically, by letter dated January 16, 2009, Pratt requests "complete copies of each and every document in connection with two class action law suits, [*McBean, et al. v. City of New York, et al.*, 2006 U.S. Dist. LEXIS 5003 (S.D.N.Y. Feb. 7, 2006), 02 Civ. 5426 (GEL), and *Cence, et al. v. City of New York, et al.*, 2006 U.S. Dist. LEXIS 5003 (S.D.N.Y. Feb. 7, 2006), 03 Civ. 4114 (GEL)] . . . ."

As Defendants correctly note, the Court denied this request in a telephone conference with the Parties on May 9, 2008, on the grounds that it is overly broad and not relevant to the claims Pratt asserts in the present case. At a status conference with the Parties on January 20, 2009, Pratt's counsel renewed this document request, but was unable to articulate to the Court any reason why it should be granted over Defendants' objections. Therefore, Plaintiff's request for the *McBean, et al.*, and *Cence, et al.*, litigation documents is hereby **DENIED**.

**SO ORDERED this 30th day of January 2009**
**New York, New York**

*/s/ Ronald L. Ellis*
The Honorable Ronald L. Ellis
United States Magistrate Judge